**Opinion issued January 15, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-17-00937-CV

————————————

## ANTHONY MCGILL AND AP MCGILL ENTERPRISE, LLC, Appellant

### V.

## GJG PRODUCTIONS, INC., Appellee

---

### On Appeal from the 80th District Court
### Harris County, Texas
### Trial Court Case No. 2015-38653

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed September 6, 2017. Appellants, Anthony McGill and AP McGill Enterprise, LLC, filed a motion for new trial; therefore, appellants had 90 days from the date the judgment was signed to file their notice of appeal. *See* TEX. R. APP. P. 26.1(a)(1). Appellants filed their notice

of appeal on December 8, 2017, three days after it was due. Appellants did not file a motion for an extension of time.

Although this court construes notices of appeal filed within the fifteen days following the deadline imposed by Rule 26.1(a)(1) as implied motions for an extension of time, appealing parties are still required to provide a "reasonable explanation" for their failure to timely file their notices of appeal. *See Brown Mech. Servs., Inc. v. Mountbatten Sur. Co.*, 377 S.W.3d 40, 42 (Tex. App.— Houston [1st Dist.] 2012, no pet.). Appellants did not include a "reasonable explanation" in their notice of appeal. Accordingly, on November 1, 2018, this court sent appellants a notice informing them that their appeal may be dismissed unless they filed within ten days a "reasonable explanation" for their untimely notice of appeal. Appellants have not responded.

## Conclusion

Because appellants have failed to file a reasonable explanation for their untimely notice of appeal, despite being directed to do so, we dismiss this appeal for want of jurisdiction. *See* TEX. R. APP. P. 25.1(b), 42.3(a), (c).

Richard Hightower
Justice

Panel consists of Justices Lloyd, Kelly, and Hightower.

2